# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO – EASTERN DIVISION

FILED
JUN 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

- ASHLEY IKNER,

Plaintiff,

v.

- J. SCOTT RESOURCES LLC,

Defendant.

Civil Action No. _____

1:25 CV 01258

JUDGE BARKER

MAG JUDGE GRIMES

## EMERGENCY MOTION FOR INJUNCTIVE RELIEF

NOW COMES Plaintiff Ashley Ikner ("Plaintiff"), pro se, and respectfully moves this Honorable Court for Emergency Injunctive Relief to preserve the status quo and prevent irreparable harm pending resolution of the above-captioned matter. This request is made pursuant to the Court's equitable powers and Rule 65 of the Federal Rules of Civil Procedure.

### I. BASIS FOR EMERGENCY RELIEF

1. Plaintiff is an Indigenous American woman and non-citizen national residing at 14431 Superior Rd, Cleveland Heights, OH 44118.
2. Defendant, J. Scott Resources LLC, has engaged in ongoing harassment, including unlawful entry, threats of eviction, shutoff of utilities, and interference with Plaintiff's quiet enjoyment of the property.
3. Defendant's actions violate Plaintiff's federally protected civil rights and threaten to cause imminent harm, displacement, and loss of access to basic utilities and housing.
4. Plaintiff asserts treaty rights under the Treaty of Middle Plantation and demands protection of federally secured housing rights.

### II. IRREPARABLE HARM

5. Without immediate injunctive relief, Plaintiff faces irreparable harm in the form of homelessness, exposure to unsafe conditions, and deprivation of constitutionally protected rights.

6. Monetary damages are inadequate to redress the ongoing violations and emotional distress caused by Defendant's conduct.

### III. LIKELIHOOD OF SUCCESS ON THE MERITS

7. Plaintiff has demonstrated a likelihood of success on her federal claims, including violations of civil rights statutes and treaty protections.
8. Defendant has shown a pattern of conduct that disregards federal housing laws and Plaintiff's right to due process.

### IV. BALANCE OF EQUITIES AND PUBLIC INTEREST

9. The balance of equities strongly favors Plaintiff, as she seeks only to remain in her home and avoid harm.
10. Granting injunctive relief serves the public interest by upholding constitutional protections and preventing unlawful evictions.

### V. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court issue an Emergency Injunction enjoining Defendant J. Scott Resources LLC from initiating, continuing, or threatening any eviction proceedings, utility shutoffs, harassment, or interference with Plaintiff's possession of the premises located at 14431 Superior Rd, Cleveland Heights, OH 44118 during the pendency of this action.

Respectfully submitted,

Ashley Ikner

14431 Superior Rd

Cleveland, OH 44118

ashleyikner01@gmail.com / (216) 538-7659

Dated: June 01, 2025